DAVID BURCHARD  
CHAPTER 13 TRUSTEE  
P.O. BOX 8059  
FOSTER CITY, CA 94404  
(650) 345-7801  FAX (650) 345-1514  
(707) 544-5500  FAX (707) 544-0475




FILED

AUG - 4 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT  
NORTHERN DISTRICT OF CALIFORNIA

In re:  
RHONDA HART

Chapter 13  
Case No. 07-3-0147 SFM13

NOTICE OF UNCLAIMED  
CHAPTER 13 CREDITOR  
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $16.32 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 035 | CLERK OF THE COURT FOR<br>T-MOBILE USA INC<br>P O BOX 53410<br>BELLEVUE, WA 98015 | $16.32 |

Dated:   August 3, 2011

_____  
CECILIA MARCELO  
Receipts Administrator