DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



**FILED**
SEP 0 9 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
RHONDA HART

Chapter 13
Case No. 07-3-0147 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $119.51 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 028 | CLERK OF THE COURT FOR CBS J FINANCIAL CORP 99 WEST TASMAN DRIVE STE 205 SAN JOSE, CA 95139-0000 | $119.51 |

Dated: September 7, 2011

_____
CECILIA MARCELO
Receipts Administrator